

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00412-CR

**DYLYN REED RICHARDS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 37254CR

## O R D E R

Dylyn Reed Richards was convicted of the offense of Intoxication Manslaughter causing the death of a police officer and was sentenced to 55 years in prison. TEX. PENAL CODE ANN. §§ 49.08, 49.09(b-2) (West 2011). Richards' appointed counsel on appeal has filed a motion in this Court to withdraw as appellate counsel. This Court does not have the authority to grant such a motion at this time. *See* TEX. CODE CRIM. PROC. ANN. art 26.04(j)(2) (West 2009); *Noland v. State*, 261 S.W.3d 926 (Tex. App.—Waco 2008, order); *Enriquez v. State*, 999 S.W.2d 906, 907 (Tex. App.—Waco 1999, order)

(construing predecessor to current statute; see Acts 1987, 70th Leg., ch 979 § 2, amended by Acts 2001, 77th Leg., ch 906, § 6). By the motion, the Court has been informed that, due to significant changes in parenting responsibilities, he can no longer devote the time needed to complete Richards' brief in a timely and professional manner. Richards' brief is currently due on September 4, 2014.

Accordingly, this appeal is abated to the trial court to hold a hearing within 14 days from the date of this order to consider whether Richards is still indigent and if so, whether to discharge Richards' currently appointed counsel and to appoint new appellate counsel for Richards. Supplemental Clerk's and Reporter's Records containing the trial court's written or oral findings and rulings are ordered to be filed within 28 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal abated
Order issued and filed September 4, 2014

